# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7571 | **DATE** | 9/25/2012 |
| **CASE TITLE** | Lubavitch-Chabad of Illinois, Inc et al v. Northwestern University et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Plaintiff's motion for a temporary restraining order and preliminary injunction is entered and continued to 10/10/12 at 10:00 a.m. for a hearing. Defendant to file an answer by 10/2/12.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | MF |
|---|---|---|